UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE THOMPSON,<br><br>    Plaintiff,<br><br>v.<br><br>ERIC CASTANEDA, et al.,<br><br>    Defendants. | Case No. 18-cv-03020-JST<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California prisoner proceeding *pro se* and currently incarcerated at Valley State Prison, filed the instant civil rights action pursuant to 42 U.S.C. § 1983. On January 27, 2020, the Court received a copy of a "Joint Stipulation of Dismissal of Action with Prejudice (Fed. R. Civ. P. 41(a)(1)(A)(ii))" signed by both plaintiff and counsel for Defendants. The signed stipulation states:

> Pro se plaintiff John Lee Thompson (Plaintiff) and Defendants Eric Castaneda and Wing Wong (Defendants),by and through their counsel of record, having settled this action, hereby agree to dismiss this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own costs and attorneys' fees.

ECF No. 49.

Accordingly, having been notified of the settlement, IT IS HEREBY ORDERED THAT this action and all claims asserted herein against Defendants are DISMISSED WITH

/ / /

/ / /

/ / /

/ / /

PREJUDICE.  The Court DENIES as moot defendants' motion for summary judgment (ECF No. 44) and the administrative motion for dismissal with prejudice (ECF No. 48).

**IT IS SO ORDERED.**

Dated:  January 28, 2020

_____
JON S. TIGAR
United States District Judge